**Mark E. Macy**
**Macy Law Office, P.C.**
**217 W. 18th Street**
**Cheyenne, WY 82001**
**Telephone: (307) 632-4100**
**Facsimile: (307) 632-8100**
**Wyoming Bar Number 5-2561**
**macylaw@wyoming.com**

**Attorney For The Debtor In Possession**
**King Ridge, LLC**

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 10-20206 |
| KING RIDGE, LLC, ) | |
| ) | Chapter 11 |
| EIN: 26-0655730 ) | |
| ) | |
| Debtor. ) | |

**MOTION FOR ADMISSION PRO HAC VICE**
**ADMISSION OF LEE M. KUTNER ON BEHALF OF THE**
**DEBTOR IN POSSESSION KING RIDGE, LLC**

Mark E. Macy of Macy Law Office, P.C., counsel for King Ridge, LLC, moves the Court to admit Lee M. Kutner of the law firm of Kutner Miller Brinen, P.C. *pro hac vice* in the above entitled and numbered case and as grounds therefore states as follows:

1. This Motion is brought pursuant to Local Bankruptcy Rule 9010-1(C) and USDCLR 83.12.2(b) & (c).

2. Undersigned counsel is a member in good standing with the Bar of the State of Wyoming and the U.S. District Court for the District of Wyoming.

3. Movant has associated in this case with Lee M. Kutner of Kutner Miller Brinen, P.C. to act as co-counsel.  Mr. Kutner's contact information is as follows:

> Lee M Kutner
> Kutner Miller Brinen, P.C.
> 303 E. 17th Ave., Suite 500
> Denver, CO  80203
> 303-832-2711 Direct
> 303-832-1510 Fax
> E-Mail: lmk@kutnerlaw.com

4. Mr. Kutner is an active member in good standing with the State Bar in Colorado and of the United States Bankruptcy Court for the District of Colorado. The undersigned attorney shall continue to act as co-counsel for the Debtor, and meaningfully participate in the preparation of this case. Mr. Kutner's Affidavit For Admission Pro Hac Vice is concurrently filed herewith.

5. Mr. Kutner is of good moral character and veracity.

6. Local counsel shall be fully prepared to represent the client at any time, in any capacity.

**WHEREFORE**, Movant prays that the Court enter its order admitting Lee M. Kutner of Kutner Miller Brinen, P.C. to practice *pro hac vice* before the Court in the referenced case.

**DATED**: March 12, 2010.                **KING RIDGE, LLC**

By:    /s/_____
Mark E. Macy, Esq.
MACY LAW OFFICE, P.C.
217 W. 18th Street
Cheyenne, WY 82001

## CERTIFICATE OF SERVICE

I do hereby certify that on this 12th day of March, 2010, a true and correct copy of the foregoing **MOTION FOR ADMISSION PRO HAC VICE** was deposited in the United States mail or served by CM/ECF, addressed to the following:

Michele R. Hankins, Esq.
Assistant U.S. Trustee
308 East 21st Street
Suite 203
Cheyenne, WY 82001

David DeFazio
DeFazio Law Office, LLC
P.O. Box 4877
Jackson, WY 83001

John R. Goodell
Racine, Olson, Nye Budge & Bailey
P.O. Box 1391
Pocatello, ID 83204-1391            /s/_____
Mark E. Macy